In the Matter of the Application of ARTHUR J. PERRY and Others, Appellants, to Review the Action of the INSPECTORS OF ELECTION OF THE WEST LONG BEACH SEWER DISTRICT OF THE TOWN OF HEMPSTEAD, in Counting the Ballots Cast and the Canvassing and Recording of the Results of the Election of Three Sewer Commissioners of the West Long Beach Sewer District, Held on the 5th Day of December, 1933, and /or for an Order to Determine Any Question Arising in Respect to the Protested· Wholly Blank or Void Ballot or Ballots Protested or Rejected and /or for an Order Permitting the Examination of Any and All Ballots· and the Preservation of the Same, and /or for an Order Directing the Holding of a New Election Pursuant to Subdivisions 3, 4 and 5 of Section 330 of Article 14 of the Election Law, against PATRICIA F. WILLIAMS and Another, Inspectors of Election, and Others, Respondents.— Order and amended order affirmed, with ten dollars costs and disbursements. ·We are of opinion that when the Legislature fixed the election as of December 5, 1933, it was governed by the provisions of the Town Law of 1932 (Laws of 1932, chap. 634) notwithstanding the fact that that

law did not go into effect until January 1, 1934 (§ 342). The pertinent provisions of the law governing the conduct of such an election were intended to become effective for that specific election despite the fact that generally they were to become effective at a later date. (*Gusthal* v. *Strong*, 23 App. Div. 315.) The attendant provisions, however, do not change the result. The special town election being independent of, although modeled after, the conduct of the elections comprehended by the Election Law, the statutory and summary remedies provided by the latter are inapplicable to the former in the absence of specific legislative authority. Young, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., concurs with the following memorandum: An election in a sewer district is not a town election and the statutes with reference to the latter do not apply. Nor do the provisions of the general Election Law apply to a sewer district election.